■ COLA-RUGG ENTERPRISES, INC., et al., Appellants, v CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Respondent. —Appeal by the defendant from an order of the Supreme Court, Kings County, entered May 21, 1986.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Ramirez at the Supreme Court. Rubin, J. P., Kooper, Sullivan and Harwood, JJ., concur.